UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.: 17-41034-BEM |
| **Michael Brian Hammons and** ) | |
| **Tammy Renee Hammons,** ) | |
| ) | Chapter 13 |
| Debtors. ) | |

### APPLICATION TO APPROVE
### EMPLOYMENT OF ATTORNEY FOR SPECIAL PURPOSE

Come now the above debtors, Michael Brian Hammons and Tammy Renee Hammons, and file this Application to Approve Employment of Attorney for Special Purpose and show to the Court the following:

1.

Debtors filed for relief under Chapter 13 on of the U.S. Bankruptcy Code on Aptil 30, 2017. The Chapter 13 Plan was confirmed on August 25, 2017.

2.

On or about January 19, 2021, Tammy Renee Hammons retained the services of D. Seth Holliday of The McMahan Law Firm to represent her in a claim for disability benefits. A copy of the Contract of Employment is attached hereto.

3.

D. Seth Holliday does not hold any interest adverse to the Debtor, the Chapter 13 Trustee or to the Chapter 13 Estate and the employment of D. Seth Holliday would be in the best interest of the estate.

WHEREFORE, Debtors requests that the Court approve the employment of D. Seth Holliday as provided under Chapter 13 of the Bankruptcy Code, with all compensation to be paid subject to Court approval.

This 4th day of November, 2021.

                                                      Respectfully Submitted,

                                                      __/s/_____
                                                      Dan Saeger
                                                      Attorney for Debtors
                                                      Georgia Bar No. 680628

**SAEGER & ASSOCIATES, LLC**
706 S Thornton Ave
Suite D
Dalton, GA 30720
(P) 706-529-5566
dan@whitfieldcountylaw.com

# SHORT TERM DISABILITY, LONG TERM DISABILITY
## or DISABILITY INCOME INSURANCE
## RETAINER AGREEMENT

I, <u>Hammons Tammy</u>            , hereby employ McMahan Law Firm, LLC, to represent my interests in my claims against _____ and/or anyone else I may have a claim against for Short Term Disability, Long Term Disability and/or Disability Income Insurance benefits under the following terms and conditions:

## FEE FOR LEGAL SERVICES

The terms and conditions of this contract shall remain valid through the litigation of this claim.

I agree that I will pay McMahan Law Firm, LLC, **40%** of any payment **of back benefits** actually paid to me or received by me or my attorney on my behalf, should my claim be resolved by payment of back benefit plus continuing periodic payments under my plan or policy; further, I agree to pay **20%** of my periodic check as they are paid in the future as payment for legal services on my claim for getting my benefits paid or resumed. If my benefits are discontinued and McMahan Law Firm, LLC again represents me on my claim to have my benefits re-started, I understand that will be a new case, with a new contract and a new fee for that separate representation.

If I am awarded a lump-sum (including an award or settlement of past and future benefits, whether paid in whole or reduced for purposes of settlement), I agree to pay **35 % of any such lump sum**, for legal services on my claim.

*The "award" includes money recovered and debts reduced:*

Payment of benefits includes any benefits paid to me or credited to any overpayment debt I have with the LTD carrier or plan. For example, if I owe back benefits to the LTD carrier because of any social security benefits I was previously awarded, the fee I owe my attorney for winning my LTD claim shall be based on the amount of back benefits I am awarded by the LTD carrier, including any amount not paid to me in cash because it is used to pay off my overpayment of benefits created by a social security offset.

"Payment" or "award" includes any payment of past due benefits (calculated before taxes are withheld), settlement for a lump sum, or release of overpayment obligation, whether by court order or judgment, settlement agreement, or payment by the insurance company, plan or other obligor.

I understand that should I win both my social security disability benefits and LTD benefits, that the two claims are separate and that the fees for both cases will be separate should McMahan Law Firm, LLC, represent me in more than one type of claim.

1

Doc ID: e9eabfeff488614bd08973f9a7dc009aec0ef4cf

*If I am paid interim benefits:*

I further agree that if McMahan Law Firm, LLC, has performed work on my claim as my legal representative and the insurance company pays or begins to pay me interim benefits but still disputes part of my claim (under a reservation of right or similar stipulation) and I desire that McMahan Law Firm, LLC, continue representing me, the amount of any interim benefits paid shall be included as part of the recovered monies out of which a fee will be charged. I agree that should I receive interim benefits as discussed in this paragraph, and desire McMahan Law Firm, LLC, to continue to represent me, I will pay 40% of any interim benefits received to McMahan Law Firm, LLC, to be placed in a Trust Account until a final settlement or decision on this claim is made. When a final settlement or decision is made on this claim, the fee placed in the Trust Account will be applied toward any fee I owe.

*If I am awarded attorneys fees by a court:*

I understand that sometimes the courts are willing to award attorney's fees under ERISA, state bad faith insurance law or other applicable law. I agree that any award of attorney's fees granted by the court shall be paid to McMahan Law Firm, LLC. I understand that I will receive credit toward the agreed-to fee under this contract for any fee that is awarded by a court.

**REIMBURSEMENT FOR EXPENSES**:

I understand and agree that any and all costs which are necessary for the prosecution of this claim can be advanced on my behalf by McMahan Law Firm, LLC, or such other law firm as it may designate for that purpose; that, at the time of settlement, upon conclusion of the litigation, or upon termination of representation by McMahan Law Firm, LLC, I shall reimburse said attorneys for all such expenses advanced on my behalf. In addition, any expenses, such as statements, invoices, or similar requests for payment, received by McMahan Law Firm, LLC, after settlement or conclusion of litigation and disbursement of settlement proceeds are my responsibility and shall be paid by me immediately upon receipt of same forwarded to me by McMahan Law Firm, LLC. I understand that I may be billed for costs during the pendency of the litigation of my claim and may pay any accrued costs while my claim is pending.

I will not have to pay a fee, only expenses, if I do not win, unless I withdraw against advice of counsel. Expenses due at the conclusion of the lawsuit shall be paid out of my (the client's) portion of the award or settlement.

If I fail or refuse to pay my fee or expenses advanced on my behalf, I agree that I will be responsible for paying reasonable attorneys' fees and costs incurred by McMahan Law Firm, LLC, in collecting the fees and costs.

**CONDUCT OF CLAIM/LITIGATION**:

I understand that any decision to settle or dismiss my claim or lawsuit shall be made by me and the firm of McMahan Law Firm, LLC, in joint consultation. I further understand that no

Doc ID: e9eabfeff488614bd08973f9a7dc009aec0ef4cf

amounts shall be obtained in any pre-litigation negotiations until my approval is first obtained. I understand that no settlement of my claim will be made without my prior and express authorization. I understand that the attorney at McMahan Law Firm, LLC, will exercise his or her legal judgment to act as my legal representative and will have the authority to decide what legal strategy, tactics and procedures are in my best interest. All of the above notwithstanding, if I am out of contact with my attorneys, and fail to respond to attempts to contact me within a reasonable time (which is normally 15 days, but may be less if a deadline is approaching), then I authorize McMahan Law Firm, LLC, to take such action as they deem appropriate and in my best interest.

If at any time I discharge McMahan Law Firm, LLC, prior to the conclusion of the claim, without the agreement of McMahan Law Firm, LLC, I agree they may assert a lien on the claim for their time at any hourly rate of **$375.00** for attorney time and **$120.00** per hour for paralegal time. If I withdraw my claim against the advice of McMahan Law Firm, LLC, and thus do not receive a judgment or settlement that I otherwise had a chance of receiving, then I agree to pay McMahan Law Firm, LLC, the quantum meruit value of their services at the hourly rates quoted above.

**TERMINATION OF REPRESENTATION**:

I understand that in the event McMahan Law Firm, LLC, determines that in their professional judgment the lawsuit or other matter described above should be dismissed, settled, or otherwise disposed of, and I do not agree or consent to such disposition, McMahan Law Firm, LLC, reserves the right to withdraw as counsel in this matter, subject to court approval, if such Court approval is necessary. I further understand that McMahan Law Firm, LLC, may withdraw as counsel in this matter for any other good and valid reasons, including if I fail to cooperate or fail to follow the firm's advice or insists that the firm does something illegal or unethical. In the event that McMahan Law Firm, LLC, withdraws, I am solely responsible for locating other counsel, and no fee for legal services shall be due, other than costs already advanced.

**PERMISSION TO PROVIDE CONFIDENTIAL INFORMATION TO ADVANCE MY CASE**

McMahan Law Firm, LLC, its associates and employees have my permission to disclose confidential information about me, obtained from me, from medical, psychiatric, and psychological records, or from any other source, as McMahan Law Firm, LLC, its associates or its employees see fit in their discretion to disclose to others in the interest of advancing my case.

**SCOPE OF REPRESENTATION: NO TAX ADVICE GIVEN**

I understand that McMahan Law Firm, LLC, its employees and associates are not tax attorneys, and will not provide legal advice on taxation of my benefits. I agree to consult with a tax attorney or other appropriate tax professional if I have and questions about the taxability of my benefits.

3

Doc ID: e9eabfeff488614bd08973f9a7dc009aec0ef4cf

I hereby acknowledge that I am authorized to enter into this agreement, and that I have read, understand and agree to the terms of this agreement.

_____
Client Signature

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
Social Security Number

01 / 19 / 2021
Date

_____
McMahan Law Firm, LLC

1-19-21
Date

4

Doc ID: e9eabfeff488614bd08973f9a7dc009aec0ef4cf

## VERIFICATION UNDER BANKRUPTCY RULE 2014

COMES NOW, the undersigned affiant, after being duly sworn and hereby states as follows:

1.

My name is D. Seth Holliday and I am admitted to practice law in the State of Georgia. My business address is 700 S Thornton Ave, Dalton, GA 30720.

2.

Currently, my practice includes claims for Social Security Disability.

3.

I represent no interest which would be adverse to the estate in the matters set forth above; specifically, I represent no interest of connection with any creditors, any other parties of interest, third parties, their respective attorneys, accountants, the U.C. Trustee or any person employed in the Office of the U.S. Trustee, in which I am to be engaged.

After being duly sworn, I, D. Seth Holliday, declare under penalty of perjury that the statements set forth in this Verification are true and correct to the best of my knowledge and belief.

_____
D. Seth Holliday
State Bar No. _____

Sworn before me this

31st day of August 2021

_____
NOTARY PUBLIC
My Commission Expires:

[Notary Seal: JULIE HOWARD, NOTARY PUBLIC, CATOOSA COUNTY, GEORGIA, MY COMMISSION EXPIRES AUGUST 16, 2024]

## **CERTIFICATE OF SERVICE**

      This is to certify that on this day I served the following parties with a copy of the attached "Application to Employ Special Counsel" by placing true and correct copies of the same in the United States Mail with adequate postage affixed to insure first class delivery, addressed to:

All the parties on the attached matrix.


Dated: November 4, 2021

                                                  /s/_____
                                                  Dan Saeger
                                                  Attorney for the Debtors
                                                  GA Bar No.:  680628


**SAEGER & ASSOCIATES, LLC**
706 S Thornton Ave
Suite D
Dalton, GA 30720
(P) 706-529-5566
dan@whitfieldcountylaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-4<br>Case 17-41034-bem<br>Northern District of Georgia<br>Rome<br>Fri Oct 19 14:32:58 EDT 2018 | Ally Financial<br>PO Box 130424<br>Roseville MN 55113-0004 | Ally Financial<br>PO Box 380901<br>Minneapolis, MN  55438-0901 |
| Associates in Ortho and Spots Medicine<br>1104 Professional Blvd<br>Dalton, GA 30720-2579 | Cach LLC<br>PO Box 5980<br>Denver, CO  80217-5980 | Capital One<br>PO Box 30253<br>Salt Lake City, UT  84130-0253 |
| Capital One Bank USA<br>PO Box 30281<br>Salt Lake City, UT  84130-0281 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Cavalry Spv I, LLC<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 |
| Charter Communications<br>400 Atlantic St<br>Stamford, CT 06901-3533 | Chase Receivable<br>1247 Broadway<br>Sonoma, CA  95476-7503 | Comenity Bank/Hot Topic<br>PO Box 182789<br>Columbus, OH  43218-2789 |
| Comenity Bank/SMPL<br>PO Box 182789<br>Columbus, OH  43218-2789 | Comenity Bank/Womnwthn<br>PO Box 182789<br>Columbus, OH  43218-2789 | Comenity Capital Bank/JD W<br>PO Box 182120<br>Columbus, OH  43218-2120 |
| Credit One Bank<br>PO Box 98872<br>Las Vegas, NV  89193-8872 | Dalton Anesthesia Associates, PC<br>1200 Memorial Dr<br>Dalton, GA  30720-2529 | Dalton Utilities<br>1200 Vd Parrott Jr Pkwy<br>Dalton, GA  30721-3442 |
| Dennis E. Henry<br>1427 Roswell Rd<br>Marietta, GA  30062-3668 | Dr. John E. Turpentine<br>600 S Thornton Ave<br>Dalton, GA  30720-8271 | Emergency Coverage Corporation<br>PO Box 1123<br>Minneapolis, MN 55440-1123 |
| Enhanced Recovery Company<br>PO Box 57547<br>Jacksonville, FL  32241-7547 | First Bank of Dalton<br>118 N Hamilton St<br>Dalton, GA  30720-4212 | First Bank of Dalton<br>c/o Wendell S. Agee<br>The Agee Law Firm, LLC<br>P.O. Box 2374<br>Buford, GA 30515-9374 |
| First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD  57107-0145 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Hamilton Medical Center<br>Attn: Collection Department<br>PO Box 1168<br>Dalton, GA  30722-1168 |
| Michael Brian Hammons<br>1933 Meadowbrook Cir NW<br>Dalton, GA 30720-7062 | Tammy Renee Hammons<br>1933 Meadowbrook Cir NW<br>Dalton, GA 30720-7062 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |

| | | |
|---|---|---|
| Kay Jewelers<br>375 Ghent Rd<br>Akron, OH 44333-4600 | Kohls/Capone<br>Kohl's Department Store<br>PO Box 3115<br>Milwaukee, WI 53201-3115 | LVNV Funding, LLC its successors and assigns<br>assignee of Arrow Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Vanessa A. Leo<br>Shapiro Pendergast & Hasty, LLP<br>211 Perimeter Center Parkway NE<br>Suite 300<br>Atlanta, GA 30346-1305 | Louis R. Feingold<br>1427 Roswell Rd<br>Marietta, GA 30062-3668 |
| MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Merrick Bank<br>PO Box 9201<br>Old Bethpage, NY 11804-9001 | Midland Credit Management, Inc. as agent<br>for Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |
| Midland Funding, LLC<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 | NGRCA<br>P O BOX 1949<br>DALTON,GA 30722-1949 | Nationwide Recovery Service<br>PO Box 8005<br>Cleveland, TN 37320-8005 |
| North Georgia Regional Collection Agency<br>PO Box 1949<br>Dalton, GA 30722-1949 | North Georgia Urology Str<br>1434 Broadrick Dr<br>Dalton, GA 30720-3009 | Online Information Services<br>PO Box 1489<br>Winterville, NC 28590-1489 |
| PRA Receivables Management, LLC<br>PO Box 41067<br>Norfolk, VA 23541-1067 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | PRA Receivables Management, LLC as agent of<br>Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541-1067 |
| Plastic Surgery Group<br>Chapel Place II<br>340 Thomas More Pkwy<br>Crestview Hills, KY 41017-5101 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 |
| Premier Financial & Credit<br>5312 Brainerd Rd<br>Chattanooga, TN 37411-5327 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Robert Scott Rickman<br>Rickman & Associates, PC<br>Suite 200<br>1755 North Brown Road<br>Lawrenceville, GA 30043-8196 | Daniel R. Saeger<br>Rickman & Associates, P.C.<br>706 S Thornton Ave. Ste. D<br>Dalton, GA 30720-8212 | Syncb/Care Credit<br>PO Box 965068<br>Orlando, FL 32896-5068 |
| Syncb/WalMart<br>PO Box 965024<br>Orlando, FL 32896-5024 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | TD BANK USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |

| | | |
|---|---|---|
| TD Bank USA/Target Credit<br>PO Box 673<br>Minneapolis, MN  55440-0673 | Mary Ida Townson<br>Chapter 13 Trustee<br>Suite 2200<br>191 Peachtree Street, NE<br>Atlanta, GA 30303-1770 | U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta GA 30303-3315 |
| Verizon Wireless<br>PO Box 26055<br>Minneapolis, MN  55426-0055 | Webbank/Fingerhut<br>6250 Ridgewood Rd<br>Saint Cloud, MN  56303-0820 | Whitfield County Magistrate Court<br>PO Box 368<br>Dalton, GA  30722-0368 |
| Whitfield County Superior Court<br>205 N Selvidge St<br>Dalton, GA  30720-4291 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Georgia Department of Revenue<br>1800 Century Blvd NE<br>Atlanta, GA 30345 | Internal Revenue Service<br>Attn: Centralized Insolvency Operation<br>PO Box 21126<br>Philadelphia, PA  19114-0326 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)ALLY FINANCIAL INC | (d)Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients    66<br>Bypassed recipients     2<br>Total                  68 |