

**IT IS ORDERED as set forth below:**

**Date: February 9, 2022**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 17-41034-BEM |
| Michael B. Hammons and | ) | |
| Tammy R. Hammons, | ) | |
| | ) | CHAPTER 13 |
| Debtors. | ) | |

### ORDER ON DEBTORS' MOTION TO APPROVE AND
### RETAIN DISABILITY SETTLEMENT

On January 14, 2022, Debtors filed a Motion to Approve and Retain a Disability

Settlement  (Doc No. 66) .  According to the Settlement Agreement, Debtors will receive

$21,868.79.  The Motion was set for a hearing and held on February 2, 2022.  Debtors'

counsel appeared and a consent agreement was entered into with the Trustee. It is hereby

**ORDERED** that the Settlement is approved.  It is further

**ORDERED** that the Debtors will submit $9,541.30 to the Chapter 13 Trustee to

pay off their case in full and retain the remaining $12,327.49.

### [END OF DOCUMENT]

Prepared and submitted by:

_____/s/_____

Dan Saeger
Georgia Bar No. 680628
SAEGER & ASSOCIATES, LLC
706 S Thornton Ave Ste D
Dalton, Georgia 30736
(P) 706-529-5566
dan@whitfieldcountylaw.com


With Consent:

_____/s/_____ *with express permission*

Sonya Buckley Gordon for K. Edward Safir
Chapter 13 Trustee
Georgia Bar No.  140987
285 Peachtree Center Ave.
Suite 1600
Atlanta, GA 30303

## DISTRIBUTION LIST

All parties on the mailing matrix.